IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
SEP 12 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

STEPHEN C. WINSLOW,

Plaintiff,

v.  Civil Action No. 3:07-CV-117

GENERAL SERVICES ADMINISTRATION,

Defendant.

## ORDER

On this day came the United States of America and moved the Court to set the Answer date for the United States to Answer or Respond to Plaintiff's Complaint up to and including September 28, 2007, and for good cause shown, it is hereby

**ORDERED** that the Answer date for the United States be set to September 28, 2007.

DATE: 9-11-2007

_____
UNITED STATES DISTRICT JUDGE